

### Attorneys At Law

Jonathan H. Siegel
Jody I. LeWitter
Daria Dimitroff
Jason M. Porth
Latika Malkani
Sarah C. Beard

April 4, 2006

**ORIGINAL FILED**

APR 0 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Via Facsimile & E-Mail*

Chief Magistrate Judge James Larson
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  **Kubota v. City of Richmond, et al.**
**U.S. District Court Case No. 006-00203**
**Appearance at Case Management Conference Set for Wednesday, April 12, 2006**

Dear Magistrate Judge Larson:

I write pursuant to Civil Local Rule 16-10(a) which requires that lead trial counsel attend the Case Management Conference. An Initial Case Management Conference is set on the above-captioned matter for Wednesday, April 12, 2006 at 10:30 a.m. I write as lead counsel for the plaintiff to inform the Court that on that date and at that time, I will be on an airplane to Toronto for Passover. Daria Dimitroff, a senior attorney in our office, who has been involved in the case at all times, and who is authorized to enter stipulations and make admissions regarding all matters relevant to this case, will appear for plaintiff.

I apologize for not bringing this to the attention of the Court earlier and request, pursuant to Local Rule 16-10(a), to permit Ms. Dimitroff to attend the conference on plaintiff's behalf.

Very truly yours,

Jody I. LeWitter

JIL/ls
cc:  Cynthia O'Neill, Esq., Attorney for Defendant City of Richmond
     Daria Dimitroff, Esq.

*1939 Harrison Street, Suite 307 Oakland California 94612*
*510 • 452 • 5000   Fax: 510 • 452 • 5004   firm@sl-employmentlaw.com*
*www.sl-employmentlaw.com*