JACKSON LEWIS LLP
D. GREGORY VALENZA (SBN 161250)
SCOTT W. OBORNE (SBN 191257)
TOMMIE R. POLLARD (SBN 217900)
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
obornes@jacksonlewis.com

Attorneys for Defendant
CHARLES WHITNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN KUBOTA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, a municipality, CHARLES WHITNEY, an individual, and DOES 1-XX,<br><br>    Defendants. | Case No. C 06-00203 JL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR CHARLES WHITNEY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO SERVE INITIAL DISCLOSURES |

CHARLES WHITNEY ("Defendant") and JOAN KUBOTA ("Plaintiff"), through their respective attorneys of record, hereby stipulate as follows:

    1.    Defendant is currently required to serve his answer, or otherwise respond to Plaintiff's Complaint, on or before May 1, 2006, pursuant to an extension Plaintiff granted Defendant prior to Jackson Lewis LLP being retained as Defendant's counsel.

    2.    The parties were required to serve their respective initial disclosures on or before April 5, 2006, pursuant to the Initial Case Management Order.

1

---

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO SERVE INITIAL DISCLOSURES

Case No. C 06-00203 JL

3. Jackson Lewis LLP was not retained as Defendant's counsel until April 25, 2006.

4. Defendant needs additional time, until May 12, 2006, to answer or otherwise respond to Plaintiff's Complaint. Plaintiff has no objection to this extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint.

5. Defendant needs additional time, until May 19, 2006, to fully prepare his initial disclosures. Plaintiff has no objection to extending, until May 19, 2006, the time in which Defendant must serve his initial disclosures.

6. The parties agree that continuing the deadline for Defendant to serve his initial disclosures shall not in any way alter any of the other deadlines set in the Case Management Order.

7. Defendant and Plaintiff, therefore, respectfully request the Court extend the deadline by which Defendant must answer or otherwise respond to Plaintiff's Complaint, to May 12, 2006, and extend the deadline by which Defendant is required to serve his initial disclosures to May 19, 2006.

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT AND TO SERVE INITIAL DISCLOSURES

Case No. C 06-00203 JL

Respectfully submitted,

DATED: May 1, 2006          JACKSON LEWIS LLP


                            By:  _____/S/_____
                                 Scott W. Oborne
                                 Attorneys for Defendant
                                 CHARLES WHITNEY


DATED: May 1, 2006          SIEGEL & LEWITTER


                            By:  _____/S/_____
                                 Daria Dimitroff
                                 Attorneys for Plaintiff
                                 JOAN KUBOTA

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

1. Defendant shall have up to and including May 12, 2006 to answer or otherwise respond to Plaintiff's Complaint;

2. Defendant shall have up to and including May 19, 2006 to serve his initial disclosures; and

3. All other deadlines imposed by the Case Management Order shall remain in effect.

Dated: May 3, 2006        _____
                          JAMES LARSON
                          UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT AND TO SERVE INITIAL DISCLOSURES

Case No. C 06-00203 JL