```
Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Adrianna E. Guzman, Bar No. 188812
aguzman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone:   (415) 512-3000
Facsimile:   (415) 856-0306

Attorneys for Defendant
CITY OF RICHMOND
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN KUBOTA,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, a Municipality,<br>CHARLES WHITNEY, an Individual, and<br>DOES I - XX,<br><br>           Defendants. | Case No. C 06-00203 JL<br><br>**STIPULATION FOR DISMISSAL OF ACTION AGAINST DEFENDANT CHARLES WHITNEY WITH PREJUDICE; ORDER THEREON**<br><br>Trial Date: June 11, 2007 |

IT IS HEREBY STIPULATED, by and between Defendant Charles Whitney, and Plaintiff Joan Kubota through their designated counsel, that all claims asserted by Plaintiff Kubota against Defendant Charles Whitney in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear his/her own costs and attorney's fees.

IT IS SO STIPULATED.

///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Dated: November ___, 2006

**LIEBERT CASSIDY WHITMORE**

By: _____
Cynthia O'Neill
Adrianna E. Guzman
Attorneys for Defendant
CITY OF RICHMOND

Dated: November 20, 2006

**SIEGEL & LEWITTER**

By: _____
JUDY I. LEWITTER
DARIA DIMITROFF
Attorney's for Plaintiff
JOAN KUBOTA

Dated: November ___, 2006

By: _____
CHARLES WHITNEY
Defendant

Dated: November 19, 2006

By: _____
JOAN KUBOTA
Plaintiff

Dated: December ___, 2006

**JACKSON LEWIS LLP**

By: _____
SCOTT OBORNE
Attorneys for Defendant
CHARLES WHITNEY

38149.1 RI424-009

- 2 -

STIPULATION FOR DISMISSAL OF ACTION
AGAINST DEFENDANT CHARLES WHITNEY
WITH PREJUDICE; ORDER THEREON

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: ~~November~~ December 12, 2006 | LIEBERT CASSIDY WHITMORE |
| 4 | cjo | |
| 5 | | By: *Cynthia O'Neill* |
| 6 | | Cynthia O'Neill<br>Adrianna E. Guzman |
| 7 | | Attorneys for Defendant<br>CITY OF RICHMOND |
| 8 | Dated: November 20, 2006 | SIEGEL & LEWITTER |
| 9 | | |
| 10 | | By: *Judy Lewitter* |
| 11 | | JUDY I. LEWITTER<br>DARIA DIMITROFF |
| 12 | | Attorney's for Plaintiff<br>JOAN KUBOTA |
| 13 | Dated: November___, 2006 | |
| 14 | | By:_____ |
| 15 | | CHARLES WHITNEY |
| 16 | | Defendant |
| 17 | | |
| 18 | Dated: November 19, 2006 | By: *J Kubota* |
| 19 | | JOAN KUBOTA |
| 20 | | Plaintiff |
| 21 | Dated: December ___, 2006 | JACKSON LEWIS LLP |
| 22 | | |
| 23 | | |
| 24 | | By: *Scott Oborne* |
| 25 | | SCOTT OBORNE |
| 26 | | Attorneys for Defendant<br>CHARLES WHITNEY |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

38149.1 RI424-009 — 2 — STIPULATION FOR DISMISSAL OF ACTION
AGAINST DEFENDANT CHARLES WHITNEY
WITH PREJUDICE; ORDER THEREON

## ORDER

Based on the Stipulation of the parties, IT IS ORDERED:

This action is dismissed with prejudice.

Dated: December 19, 2006

JAMES LARSON
DISTRICT COURT

*IT IS SO ORDERED*
*Judge James Larson*

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107