```
Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Adrianna E. Guzman, Bar No. 188812
aguzman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone:   (415) 512-3000
Facsimile:   (415) 856-0306

Attorneys for Defendant
CITY OF RICHMOND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN KUBOTA,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, a Municipality, CHARLES WHITNEY, an Individual, and DOES I - XX,<br><br>            Defendants. | Case No. C 06-00203 JL<br><br>**STIPULATION FOR DISMISSAL OF ACTION AGAINST DEFENDANT CITY OF RICHMOND WITH PREJUDICE; ORDER THEREON**<br><br>Trial Date: June 11, 2007 |

    IT IS HEREBY STIPULATED, by and between Defendant City of Richmond, and Plaintiff Joan Kubota through their designated counsel, that all claims asserted by Plaintiff Kubota against Defendant City of Richmond in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    Each party shall bear its/her own costs and attorney's fees.

IT IS SO STIPULATED.

///

38150.1 RI424-009

Dated: ~~November~~ December 19, 2006    CJO

Liebert Cassidy Whitmore

By: /s/ Cynthia O'Neill
Cynthia O'Neill
Adrianna E. Guzman
Attorneys for Defendant
CITY OF RICHMOND

Dated: November 20, 2006

SIEGEL & LEWITTER

By: /s/ Judy Lewitter
JUDY I. LEWITTER
DARIA DIMITROFF
Attorney's for Plaintiff
JOAN KUBOTA

Dated: ~~November~~ December 17, 2006

THE CITY OF RICHMOND

By: /s/
BILL LINDSAY
City Manager for
The City of Richmond

Dated: November 19, 2006

By: /s/ J Kubota
JOAN KUBOTA
Plaintiff

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

**ORDER**

Based on the Stipulation of the parties, IT IS ORDERED:

This action is dismissed with prejudice.

Dated: December 19, 2006



JAMES L.
DISTRICT

IT IS SO ORDERED
Judge James Larson

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107